UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **In the matter of:** | : | |
| **United States of America** | : | |
| | : | Case No.:   2:26-mj-29 |
| v. | : | |
| | : | |
| **JUSTIN MESAEL NOVOA** | : | Magistrate Judge Deavers |
|      aka Lord of Frenzied Flame | : | |
|      aka @Father2High | : | |

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent (SA) ▮▮▮▮▮, with Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit to show that probable cause exists to believe that on or about November 9, 2025, in the Southern District of Ohio, Justin NOVOA, also known as Lord of Frenzied Flame, and X user @Father2High, violated 18 U.S.C. § 115(a)(1)(B) – Threats to Assault or Murder a Federal Law Enforcement Officer and 18 U.S.C. § 875(c) – Threatening Interstate Communications.

2. I am a special agent with HSI, and I have been employed with HSI since January 3, 2023. I am assigned to the Homeland Security Task Force at the HSI Columbus, Ohio Office of the Assistant Special Agent in Charge. I am an investigative or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7) and empowered by law to conduct investigations of and to make arrests for offenses in violation of Title 18 of the United States Code.

3. I am a graduate of the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training Program. Prior to my role as a special agent and beginning August 3, 2018, I was employed as a police officer with the City of Springfield, Ohio Division of Police. On December 20, 2021, I was promoted to the rank of police sergeant.

4. The information set forth in this affidavit is based upon my knowledge, training, experience, and participation in investigations involving threats. This information is also based on the knowledge, training, experience, and investigations conducted by fellow law enforcement officers, which have been reported to me either directly or indirectly. Where the contents of documents, and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. I believe this information to be true and reliable. This affidavit is intended to show merely that there is probable cause for the requested criminal complaint and arrest warrant and does not set forth all my knowledge about this matter. I did not withhold any information or evidence that would negate probable cause.

5. I know it is a violation of 18 U.S.C. § 115(a)(1)(B) for any person to threaten to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under such section, with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties. I also know it is a violation of 18 U.S.C. § 875(c) for any person to transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

**FACTS SUPPORTING PROBABLE CAUSE**

6. On December 11, 2025, HSI Columbus received information from HSI Protective Intelligence regarding threats to ICE employees publicly posted on the social media platform X.

7. On June 8, 2025, X user @Father2High posted: "they should blast every ice agent they find."



8. On November 9, 2025, X user @Father2High posted: "cant wait to shoot these pussy ice agents and retarded maga maggots."



9. I know Federal law enforcement officers employed by U.S. Immigration and Customs Enforcement (ICE) are colloquially referred to as "ICE agents." Based on my training and experience, I believe the above post to be a threat to shoot ICE law enforcement officers.

10. I am aware that an HSI Protective Intelligence agent who viewed this post was in Washington DC. I also viewed this post while in the Southern District of Ohio.

11. On December 16, 2025, I served a summons on X Corp., requesting information about the X account @Father2High. X Corp. later replied that the email address for the account was justinnovoa123.jn@gmail.com, and the phone number was (614) 571-8946. X Corp. also provided logs of IP addresses used to log into the account.

12. I completed open source and law enforcement records checks and learned the phone number (614) 571-8946 was attributed to Justin NOVOA, with date of birth March 22, 2004. Based on a search of the Franklin County, Ohio Auditor's public website, Justin NOVOA and Person 1 were listed as the owners of 719 Georgian Drive, Columbus, Ohio 43228 ("the PREMISES").

13. A search of law enforcement databases revealed Person 1 was listed as the mother and cosigner for Justin NOVOA's Ohio driver's license. The residence address listed on Justin NOVOA and Person 1's driver's licenses was the PREMISES. I queried additional law enforcement databases and learned in May 2025, an international shipment was sent to "JUSTINO NOVOA" at the PREMISES. In September 2024, there was another international shipment to "JUSTINO NOVOA," with listed phone number (614) 571-8946 at the PREMISES.[1]

14. On December 17, 2025, I served a summons on Subsentio Inc. to require Dish Wireless LLC to provide subscriber information and call detail records for phone number (614) 571-8946, and I later submitted an emergency request for information due to the nature of the

---

[1] The phone number (614) 571-8946 on that international shipment was the same phone number for X account @Father2High.

threats. Subsentio Inc. provided information that the subscriber names for phone number (614) 571-8946 were, "SANTOS NOVA," and Person 1. The listed subscriber address was the PREMISES.

15. On December 17, 2025, I served a summons on Charter Communications, Inc. regarding IP address 76.177.89.27, which was used to log in to X account @Father2High on or about November 9, 2025[2] and December 16, 2025 as detailed below:

| Date | Time | Time Zone | Provider | IP Address | Access Type |
|---|---|---|---|---|---|
| 12/16/2025 | 11:04:03 | UTC+00:00 | Twitter | 76.177.89.27 | Login |
| 11/9/2025 | 20:39:11 | UTC+00:00 | Twitter | 76.177.89.27 | Login |

16. Charter Communications, Inc. responded that the subscriber assigned the IP address 76.177.89.27 on or about the above dates and times was Person 1, and the listed service and billing address was the PREMISES. One of the phone numbers listed on the account was (614) 571-8946, which the investigation already linked to Justin NOVOA.

17. On December 18, 2025, I applied for a federal search warrant through the U.S. District Court for the Southern District of Ohio for the X account @Father2High. U.S. Magistrate Judge Elizabeth A. Preston Deavers issued the search warrant and I served it on X Corp. the same day. X Corp. later provided data regarding the X account @Father2High to law enforcement. According to the data, on June 8, 2025, @Father2High posted: "masked, unmarked vehicles, no badge or id. every legal right to shoot these pussies." The following are a sample of other posts, some of which referenced violence and murder of groups of people, made by X account @Father2High:

---

[2] November 9, 2025 was the same day X user @Father2High posted: "cant wait to shoot these pussy ice agents and retarded maga maggots."

| Content | Date | Time |
|---|---|---|
| @NoorsalamK44715 @Megatron_ron we wont stop until this happens again and this time we'll make it more than 271k and hopefully more than 6 million https://t.co/QkxBfGrMWq | 11/11/2025 | 5:59:45 |
| @SilentlySirs hitler should've finished the job | 8/9/2025 | 3:06:51 |
| @Israel pathetic liars. we need to gas you rats like hitler should've done a long time ago | 7/10/2025 | 11:29:41 |
| @Pinko69420 lets give it back and kill every white person except for the white women | 6/11/2025 | 7:04:49 |
| @Antunes1 and i have a m4 carbine ready to use on these retarded filthy subhuman rats 🦣 like scott | 6/5/2025 | 1:35:45 |
| @ShmayaZicherman @Yemenimilitary you better go back to the gas chambers you filthy subhuman rat | 6/1/2025 | 9:06:48 |
| @SuppressedNws we need to gas every single of on these filthy subhuman rats o | 5/8/2025 | 19:35:55 |
| @GarbageHuman24 hitler was right | 5/7/2025 | 11:54:42 |
| @SprinterObserve lol stupid filthy jews | 5/1/2025 | 3:13:09 |
| @abierkhatib we need to gas and kill every single one of these shitsraelis | 4/27/2025 | 20:39:52 |
| @realjewplorable @ireallyhateyou the nazis are the good guys. you retarded filthy jew | 4/13/2025 | 8:18:04 |
| @ireallyhateyou id join hamas too. these filthy fucking subhuman rats deserve to be gassed and executed | 4/13/2025 | 8:17:19 |
| @KerryBurgess the bots know we should exterminate all the filthy jews and their ped⚙phile religion | 1/31/2025 | 10:23:45 |
| @WarMonitors may the resistance stand tall and wipe out these filthy jews | 1/22/2025 | 19:22:27 |
| @RedPillSayian ong hitler should've finished the job https://t.co/ywnOMeOsMl | 8/27/2024 | 21:44:42 |
| @canuck7572 the holocaust is fake and never happened | 8/26/2024 | 20:25:09 |
| @stairwayto3dom fuck israel and fuck the jewz. its too bad hitler didn't finish the job | 8/26/2024 | 9:17:25 |
| @_NicoleNonya i would've unload the whole clip on her 🔫 | 8/10/2024 | 10:01:31 |

18. On December 19, 2025, I applied for a federal search warrant through the U.S. District Court for the Southern District of Ohio. The warrant authorized the search of Justin NOVOA's person and the PREMISES. That same day, U.S. Magistrate Judge Chelsey M. Vascura issued the search warrant.

19. On December 20, 2025, at approximately, but not before, 06:00 AM, law enforcement executed the search warrant for Justin NOVOA's person and the PREMISES. Agents found Justin NOVOA, Person 1, and Person 2 at the PREMISES. Agents detained Justin NOVOA for an interview with me and SA ▮▮▮▮▮▮.

20. I advised Justin NOVOA of the *Miranda* warning. Justin NOVOA agreed to speak with agents and signed a *Miranda* warning waiver. Justin NOVOA stated his phone number was (614) 571-8946. I told Justin NOVOA that agents were there investigating and executing a federal search warrant regarding threats to assault or murder a federal law enforcement officer that were posted using the X username @Father2High. Justin NOVOA then stated, "Alright, you got me. That was me." Justin NOVOA then said, "Damn, so Elon [Musk] does give you access to that." Justin NOVOA admitted X user @Father2High was his account and that no one else had the password to the account.

21. Pursuant to the search warrant, several items were seized from the PREMISES. Items seized included, but were not limited to the following:

    a. Two rifles, two shotguns, one handgun, and ammunition were found in Justin NOVOA's bedroom.






b. Two helmets and a plate carrier were found in Justin NOVOA's bedroom.



c. Electronic devices.

## CONCLUSION

22. Based on the facts set forth in this affidavit, there is probable cause to believe that on or about November 9, 2025, in the Southern District of Ohio, Justin NOVOA committed the violation of 18 U.S.C. § 115(a)(1)(B) – Threats to Assault or Murder a Federal Law Enforcement Officer. Justin NOVOA did threaten to assault or murder a Federal law enforcement officer, with intent to impede, intimidate, or interfere with such law enforcement officer while engaged in the

performance of official duties, or with intent to retaliate against such law enforcement officer on account of the performance of official duties. Justin NOVOA also committed the violation of 18 U.S.C. § 875(c) – Threatening Interstate Communications. Justin NOVOA did transmit in interstate or foreign commerce any communication containing any threat to injure the person of another. Therefore, I respectfully request the issuance of a criminal complaint and an arrest warrant.



Special Agent
Homeland Security Investigations

Subscribed and sworn to me by telephone on this __21st__ day of __January__, 2026.



Elizabeth A. Preston Deavers
United States Magistrate Judge