UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No. 2:26-mj-029

**Justin Novoa**

## COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 1/22/2026 1:06pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Tim Prichard |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Adam Burke |
| INTERPRETER: | | Pretrial/Probation | Tiara Turner |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Detention Hearing WAIVED; Preliminary Hearing set for 2/5/2026 at 1:30pm before Judge Jolson
-Defendant remanded to custody of USMS